Generated: Sep 14, 2026 3:13PM



# U.S. District Court

## Florida Southern - Miami

Receipt Date: Sep 14, 2026 3:13PM

Ernesto Garcia

Rcpt. No: 322493 Trans. Date: Sep 14, 2026 3:13PM Cashier ID: #VT (1899)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 202 | Writ of Habeas Corpus | DFLS126CV026279<br>**FBO**: Ernesto Garcia | 1 | 5.00 | 5.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| MO | Money Order | #55231480968 | 06/8/2026 | $5.00 |
| | | | Total Due Prior to Payment: | $5.00 |
| | | | Total Tendered: | $5.00 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

**Comments**: 1:26-cv-26279-CMA/Ernesto Garcia/2241

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.