U.S. Department of Homeland Security    Subject ID : [redacted]

# Record of Deportable/Inadmissible Alien

| Family Name (CAPS) | First | Middle | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|
| GARCIA, ERNESTO | | | M | [redacted] | | |

| Country of Citizenship | Passport Number and Country of Issue | File Number | Height | Weight | Occupation |
|---|---|---|---|---|---|
| CUBA | | [redacted]768 | [redacted] | | |

| U.S. Address | Scars and Marks |
|---|---|
| | |

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | F.B.I. Number | Marital Status |
|---|---|---|---|
| 05/03/1995 Unknown Time, MIA, | | [redacted] | ☐ Single ☐ Divorced ☐ Married ☐ Widower ☐ Separated |

| Number, Street, City, Province (State) and Country of Permanent Residence | Method of Location/Apprehension |
|---|---|
| | NCA |

| Date of Birth | Date of Action | Location Code | At/Near | Date/Hour |
|---|---|---|---|---|
| [redacted] | 12/15/2025 | [redacted] | See I-831 | 12/15/2025 16:45 |

| City, Province (State) and Country of Birth | AR | Form: (Type and No.) Lifted ☐ Not Lifted ☐ | By |
|---|---|---|---|
| [redacted] CUBA | ☒ | | [redacted] |

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| | ERNESTO GARCIA | | |

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|
| | [redacted] | |

| Immigration Record | Criminal Record |
|---|---|
| NEGATIVE | See Narrative |

| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children |
|---|---|
| [redacted] | None |

| Father's Name, Nationality, and Address, if Known | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|
| [redacted] | [redacted] |

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? | Systems Checks | Charge Code Words(s) |
|---|---|---|---|
| None Claimed | ☒ Yes ☐ No | See Narrative | See Narrative |

| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary | Employed from/to |
|---|---|---|---|
| | Unemployed or Retired | Hr | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FIN: [redacted]

Family Information
-------------------

[redacted]

OTHER ALIASES KNOWN BY:
------------------------
GARCIA BOLANO, ERNESTO

Subject Health Status
---------------------
[redacted]

Current Administrative Charges
------------------------------ ...(CONTINUED ON I-831)

[redacted]

Alien has been advised of communication privileges ______________ (Date/Initials)

Distribution: [redacted]

Received: (Subject and Documents) (Report of Interview)

Officer: [redacted]

on: December 15, 2025 [redacted] (time)

Disposition: Bag and Baggage

Examining Officer: [redacted]

U.S. Department of Homeland Security

Continuation Page for Form I-213

| Alien's Name | File Number | Date |
| --- | --- | --- |
| GARCIA, ERNESTO | [redacted]768<br>Event No: [redacted] | 12/15/2025 |

05/07/2014 - 237a2Ei - STALKING AND CHILD ABUSE05/07/2014 - 237a2Aiii - Aggravated Felony

RECORDS CHECKED
----------------

[redacted]

Arrested At/Near
-----------------

[redacted]

Record of Deportable/Excludable Alien:
---------------------------------------

ENCOUNTER:
On December 15, 2025, U.S. Citizenship and Immigration Service (CIS) encountered Ernesto GARCIA A#[redacted]768 (Cuba) after he reported as scheduled on his Order of Supervision (OSUP) to the ERO Miramar office in Miramar, Florida. GARCIA was taken into custody without any incident.

ENTRY AND IMMIGRATION STATUS:

On May 3, 1995, Customs and Border Protection encountered and paroled GARCIA into the U.S. at Miami, FL.

On May 23, 2001, CIS adjusted GARCIA status to that of a legal permanent resident.

On May 22, 2009, CIS denied GARCIA's naturalization application.

On October 20, 2014, an immigration judge in Miami, Fl., ordered GARCIA removed from the U.S. to Cuba.

On May 26, 2015, ERO Tallahassee released GARCIA from custody on OSUP.

System checks indicate GARCIA with a negative USCIS application history. There are no pending applications or benefits with USCIS at this time.

BASIS FOR REMOVAL:

Section 237(a)(2)(E)(i) of the Immigration and Nationality Act, as amended, in that you are an alien who at any time after entry has been convicted of a crime of domestic violence, a crime of stalking, or a crime of child abuse, child neglect, or child abandonment.
Section 237(a)(2)(A)(iii) of the Immigration and Nationality Act (Act), as amended, in that, at any time after admission, you have been convicted of an aggravated felony as defined in section 101(a)(43)(U) of the Act, a law relating to an attempt or conspiracy to commit an offense described in section 101(a)(43) of the Act.

CRIMINAL HISTORY:

On January 29, 2010, the Circuit Court of the Eleventh Judicial Circuit, in and for Miami Dade County, Florida convicted GARCIA for the offenses 5 counts of Sexual Battery on a Minor under 12. The court sentenced GARCIA to seven (7) years imprisonment followed by 15 years' probation.

| Signature | Title |
| --- | --- |
| [redacted] [redacted] | Deportation Officer |

U.S. Department of Homeland Security

Continuation Page for Form I-213

| Alien's Name | File Number | Date |
|---|---|---|
| GARCIA, ERNESTO | [redacted]768<br>Event No: [redacted] | 12/15/2025 |

CUSTODY DETERMINATION:

GARCIA will remain in ICE/ERO custody pending his removal from the U.S.

VALID TRAVEL DOCUMENT IN FILE: Not in the file.

[redacted]

FAMILY CONCERNS: [redacted]

MILITARY SERVICE: GARCIA has not served in any branch of the U.S. Military.

OSUP REVOCATION:

GARCIA was officially informed that his OSUP has been revoked to execute his removal from the United States. GARCIA refused to sign the OSUP revocation.

FOOD/WATER: GARCIA was provided with food/water.

PHONE CALLS: GARCIA was provided with access to a phone call.

[redacted]

Other Identifying Numbers
--------------------------
ALIEN-[redacted]768
Inmate Number - State Prison-[redacted]
State Criminal Number/State Bureau Number-[redacted]
NCIC Number-[redacted]

| Signature | Title |
|---|---|
| [redacted] [redacted] | Deportation Officer |

3 of 3 Pages