[redacted]

**From:** [redacted]
**Sent:** Friday, May 02, 2014 2:28 PM
**To:** [redacted]
**Subject:**
**Attachments:**

Happy Friday!

[redacted] on Garcia, Ernesto

I, [redacted], am a state official associated with the State of Florida repository of criminal justice records and I certify that the attached Judgment and Sentence is an official record from its repository.

Thanks,

[redacted]

Our Vision: "Changing Lives to Ensure a Safer Florida"

I HEREBY CERTIFY that the foregoing
is a [redacted]
orig[redacted]

U.S. DEPARTMENT OF HOMELAND SECURITY
U.S. IMMIGRATION & CUSTOMS ENFORCEMENT
FIELD OFFICE MIAMI
5/2/14 Total of 49 pages
(Date)

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA 153

DIVISION

[X] CRIMINAL

# JUDGMENT

[ ] Probation Violator [ ] Retrial

[ ] Community Control Violator [ ] Resentence

| PLAINTIFF(S) | VS. DEFENDANT(S) |
|---|---|
| THE STATE OF FLORIDA | ERNESTO GARCIA |

CASE NUMBER: [redacted]

The Defendant, ERNESTO GARCIA, being personally before this Court represented by [redacted] his/her attorney of record.

The State represented by, NATALIE SNYDER, Assistant State's Attorney, and having:

[ ] been tried and found guilty [X] DNA taken purs. to FS 943.325

[X] entered plea of guilty

[ ] entered plea of nolo contendere to the following crime(s):

CLOCK IN

2010 MAR 10 PM 4:13

| COUNT | CRIME | DEGREE | OFFENSE STATUTE NO. |
|---|---|---|---|
| 2 | SEXUAL BATTERY/ON A MINOR UNDER 12/ATTEMPTED AS AMENDED | 1/F | 794.011(2) 777.04 |
| 3 | SEXUAL BATTERY/ON A MINOR UNDER 12/ATTEMPTED AS AMENDED | 1/F | 794.011(2) 777.04 |
| 4 | SEXUAL BATTERY/ON A MINOR UNDER 12/ATTEMPTED AS AMENDED | 1/F | 794.011(2) 777.04 |
| 5 | SEXUAL BATTERY/ON A MINOR UNDER 12/ATTEMPTED AS AMENDED | 1/F | 794.011(2) 777.04 |
| 6 | SEXUAL BATTERY/ON A MINOR UNDER 12/ATTEMPTED AS AMENDED | 1/F | 794.011(2) 777.04 |

and no cause being shown why the Defendant should not be adjudicated guilty, IT IS ORDERED THAT the Defendant is hereby ADJUDICATED GUILTY of the above crime(s).

CT -03/04/10
REV 10/02



[redacted]

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

| DIVISION | | |
|---|---|---|
| [X] CRIMINAL | CHARGES/COSTS/FEES | CASE NUMBER: [redacted] |

| PLAINTIFF(S) | VS. DEFENDANT(S) |
|---|---|
| THE STATE OF FLORIDA | ERNESTO GARCIA |

The Defendant is hereby ordered to pay the following sum indicated:

| | |
|---|---|
| $50.00 | Pursuant to F.S. 938.03(4) (Crimes Compensation Trust Fund). |
| $3.00 | Three dollars as a court cost pursuant to F.S. 938.01 (1) $3.00 (Criminal Justice Trust & Education Funds). |
| $3.00 | Pursuant to F.S. 938.19 (Teen Courts). |
| $50.00 | Pursuant to F.S. 775.083(2) (Crime Prevention Programs). |
| $2.00 | Two dollars as a court cost pursuant to F.S. 938.15 $2.00 (Criminal Justice Trust & Education Funds). |
| $65.00 | Pursuant to F.S. 939.185(1)(a) (Assessment of Additional Court Costs as adopted by Ordinance 04-116) |
| $85.00 | Pursuant to F.S. 939.185(1)(b) (Surcharge as adopted by Ordinance 05-123) |
| $100.00 | COST OF PROSECUTION FSS 938.27(8) |
| $225.00 | ADDITIONAL COST FINE AND FORFEITURE FSS 938.05 |
| $583.00 - | TOTAL |

OTHER COMMENTS: STAY DUE DATE:12/29/32

DONE AND ORDERED in Open Court in Miami-Dade County, Florida this 29th day of January, 2010.

JUDGE ROBERTO M PINEIRO

(W=WAIVED/S=SUSPENDED)

REV 10/02 CT -02/26/10



[redacted]