DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

**ORDER OF SUPERVISION (Continuation Page)**

| | | |
|---|---|---|
| Alien's Name Garcia, Ernesto | Picture [redacted] | Right Index Print [redacted] |
| File Number A[redacted]768 | | |
| Date 05/26/2015 | | |
| Alien's Signature [signature] | | |
| Alien's Telephone Number (if applicable) [redacted] | | |
| Alien's Address [redacted] DOB: [redacted] TRANSIENT [redacted] | | |

PERSONAL REPORT RECORD

| Date | Officer | Comment/Changes |
|---|---|---|
| Date: 6/2/15 Reported to Miramar/ICE/ERO/[redacted] # 12/1/15 @ 7AM | | |
| Date: 9/9/15 Reported to Miramar/ICE/ERO/[redacted] 12/01/15, 7AM | | |
| Date: 12/1/15 Reported to Miramar/ICE/ERO/[redacted] 11/29/16 @ 7A | | |
| | | 11/27/2017 - 8AM |
| | Date: 11/29/16 Reported to Miramar/ICE/ERO/[redacted] | |
| | Date: 11/27/17 Reported to Miramar/ICE/ERO/[redacted] 12/27/17 - 7AM | |
| | Date: DEC 27 2017 Reported to Miramar/ICE/ERO/[redacted] DEC 27 2018 - 7AM | |
| Date: 4/15/19 Reported to ICE-Miramar ERO/[redacted] 7/29/19 11AM | | |
| Date: 7/29/19 Reported to ICE-Miramar ERO/[redacted] 3/9/2020 @ 11AM | | |
| Date: 9/15/22 Reported to Miramar/ICE/ERO/[redacted] 9/14/23 @ 11am | | |
| Date: 9/14/23 Reported to ICE-Miramar ERO/[redacted] 02/7/24 8Am | | |
| Date: 2-7-24 Reported to ICE-Miramar ERO/[redacted] 2-6-2025 8am | | |
| Date: 2/6/25 Reported to Miramar ICE ERO[redacted] 7/7/2025 @ 8Am | | |
| Date: 7/7/25 Reported to Miramar/ICE/ERO/[redacted] Oct. 01, 2025 @ 8Am | | |
| Signature [redacted] | Title IEA | |

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## ORDER OF SUPERVISION

File No: A[redacted]768

Date: 05/26/2015

Name: Garcia, Ernesto

On 10/20/2014 , you were ordered:
(Date of Final Order)

☐ Excluded or deported pursuant to proceedings commenced prior to April 1, 1997.

☒ Removed pursuant to proceedings commenced on or after April 1, 1997.

Because the agency has not effected your deportation or removal during the period prescribed by law, it is ordered that you be placed under supervision and permitted to be at large under the following conditions:

☒ That you appear in person at the time and place specified, upon each and every request of the agency, for identification and for deportation or removal.

☒ That upon request of the agency, you appear for medical or psychiatric examination at the expense of the United States Government.

☒ That you provide information under oath about your nationality, circumstances, habits, associations and activities and such other information as the agency considers appropriate.

☒ That you do not travel outside State of Florida (Specify geographic limits, if any) for more than 48 hours without first having notified this agency office of the dates and places, and obtaining approval from this agency office of such proposed travel.

☒ That you furnish written notice to this agency office of any change of residence or employment 48 hours prior to such change.

☒ That you report in person on June 2, 2015 (Day/Date/Time) to this agency office at:
DHS ICE/ERO 2805 SW 145th Ave Miramar, Florida 33027 [redacted]
(Reporting Address)

☒ That you assist U.S. Immigration and Customs Enforcement in obtaining any necessary travel documents.

☐ Other:

☒ See attached [redacted] specified conditions (Continue on separate sheet if required)

(Sig[redacted]

[redacted]ield Office Director
(Print Name and Title of ICE Official)

### Alien's Acknowledgement of Conditions of Release under an Order of Supervision

I hereby acknowledge that I have (read) (had interpreted and explained to me in the English/Spanish language) the contents of this order, a copy of which has been given to me. I understand that failure to comply with the terms of this order may subject me to a fine, detention, or prosecution.

[redacted]
(Signature of ICE Official Serving Order)

E Garcia
(Signature of Alien)

5-26-15
Date



ICE Form I-220B (08/10)

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

**ORDER OF SUPERVISION (Addendum)**

File No: A[redacted]768

Date: 05/26/2015

Name: Garcia, Ernesto

☒ That you do not associate with know gang members, criminal associates, or be associated with any such activity.

☒ That you register in a substance abuse program within 14 days and provide ICE with written proof of such within 30 days. The proof must include the name, address, duration, and objectives of the program as well as the name of a counselor.

☒ That you register in a sexual deviancy counseling program within 14 days and provide ICE with written proof of such within 30 days. You must provide ICE with the name of the program, the address of the program, duration and objectives of the program as well as the name of a counselor.

☒ That you register as a sex offender, if applicable, within 7 days of being released, with the appropriate agency(s) and provide ICE with written proof of such within 10 days.

☒ That you do not commit any crimes while on this Order of Supervision.

☒ That you report to any parole or probation officer as required within 5 business days and provide ICE with written verification of the officer's name, address, telephone number, and reporting requirements.

☒ That you continue to follow any prescribed doctor's orders whether medical or psychological including taking prescribed medication.

☐ That you provide ICE with written copies of requests to Embassies or Consulates requesting the issuance of a travel document.

☐ That you provide ICE with written responses from the Embassy or Consulate regarding your request.

☒ Any violation of the above conditions will result in revocation of your employment authorization document.

☒ Any violation of these conditions may result in you being taken into Service custody and you being criminally prosecuted.

☒ Other:

* Report to your Probation Officer within 24 hrs. of release.

Florida Department of Corrections
Officer [redacted]
3601 NW 167th St.
Miami, FL 33056
[redacted]