**U.S. DEPARTMENT OF HOMELAND SECURITY**
**U.S. Immigration and Customs Enforcement**

Alien Name: Garcia, Ernesto

Alien Number (A #): [redacted] 7468

Date: 12/30/2025

## NOTICE OF REMOVAL

This letter is to inform you that U.S. Immigration and Customs Enforcement (ICE) intends to remove you to Mexico.

CERTIFICATE OF SERVICE

I certify that, on today's date, the contents of this notice were read to Garcia, Ernesto in the Spanish language, and I served the alien a copy of this notice in person.

[redacted]
Name [redacted]

Date of Service: 12/30/2025

Signature of ICE Official

Time of Service: 1400

NA
Name or Number of Interpreter (if applicable)