# Detention History

Person ID[redacted]

Controlling A-Number: [redacted]**768**

Name: **Garcia, Ernesto**

| [redacted]ber | | | Book In Date | Book In DCO | Detention Location | Book Out Date | Release / Book Out Type | Days In Custody | Days In Facility |
|---|---|---|---|---|---|---|---|---|---|
| [redacted]**768** | [redacted] | [redacted] | 06/29/2026 1500 | KRO | KROME NORTH SPC | In Custody | | 291 | 95 |
| [redacted]**768** | [redacted] | [redacted] | 06/20/2026 0300 | KRO | MIAMI FED.DET.CENTER | 06/29/2026 1300 | Transferred - KRO | 291 | 9 |
| [redacted]**768** | [redacted] | [redacted] | 03/07/2026 2240 | KRO | KROME NORTH SPC | 06/20/2026 0200 | Transferred - KRO | 291 | 105 |
| [redacted]**768** | [redacted] | [redacted] | 02/12/2026 1001 | OAK | RICHWOOD COR CENTER | 03/07/2026 1113 | Transferred - KRO | 291 | 23 |
| [redacted]**768** | [redacted] | [redacted] | 02/06/2026 1954 | OAK | ALEXANDRIA STAGING FACILITY | 02/12/2026 0632 | Transferred - OAK | 291 | 6 |
| [redacted]**768** | [redacted] | [redacted] | 01/11/2026 1530 | EPC | ERO EL PASO CAMP EAST MONTANA | 02/06/2026 0420 | Transferred - OAK | 291 | 26 |
| [redacted]**768** | [redacted] | [redacted] | 12/16/2025 2205 | KRO | KROME NORTH SPC | 01/11/2026 0600 | Transferred - EPC | 291 | 26 |
| [redacted]**768** | [redacted] | [redacted] | 12/15/2025 2149 | MIA | MIAMI (MIRAMAR) HOLD ROOM | 12/16/2025 2100 | Transferred - KRO | 291 | 1 |
| [redacted]**768** | [redacted] | [redacted] | 03/13/2015 1400 | KRO | BAKER COUNTY SHERIFF DEPT. | 05/26/2015 1030 | Released - Order of supervision | 91 | 74 |
| [redacted]**768** | [redacted] | [redacted] | 02/24/2015 1830 | KRO | KROME NORTH SPC | 03/13/2015 0815 | Transferred - KRO | 91 | 17 |