MINISTERIO
DE LA PRESIDENCIA, JUSTICIA
Y RELACIONES CON LAS CORTES

registrocivil

# CERTIFICACIÓN LITERAL DE INSCRIPCIÓN DE NACIMIENTO

La presente certificación literal ha sido expedida con la autorización prevista en el art. 81 de la Ley del Registro Civil y contiene el tenor literal del/de los asiento/s solicitado/s que se transcriben en los siguientes párrafos, según resulta/n de los datos obrantes en el registro individual de la persona que figura en dicho/s asiento/s. Se declara que la presente certificación sólo da fe de las circunstancias que indica la Ley 20/2011 para cada hecho o acto que se comprende en el asiento o asientos a los que se refiere la misma (artículos 44.2, 59.5, 62.1 de la Ley 20/2011, de 21 de Julio, del Registro Civil).

*ASIENTOS QUE SE CERTIFICAN*

**INSCRIPCIÓN PRINCIPAL DE NACIMIENTO**

Nº Asiento [redacted]
Fecha Inscripción Registro Electrónico de Seguridad: **05/06/2025 21:15**
Código personal del registro individual del inscrito [redacted]

(3-3) DATOS DE IDENTIDAD DEL/DE LA INSCRITO/A. (8-3) Nombre: **ERNESTO** (7-3) Primer apellido: **GARCÍA** (7-3) Segundo apellido: **BOLAÑOS** Sexo: (3-4-1 [redacted] (9-4-4) Hora de nacimiento: --:-- (9-7-3) Fecha de nacimiento: [redacted] 2-4-3) Lugar: [redacted] -1-1) País: **CUBA**. (3-1) DOMICILIO DE RESIDENCIA [redacted] -2) Localidad **FLORIDA** País: **ESTADOS UNIDOS DE AMERICA.**

[redacted]

La inscripción se practica en virtud de: **DECLARACIÓN** realizada por D/Dª. **ERNESTO GARCÍA BOLAÑOS.** Según consta en el expediente n [redacted] del Registro Civil.

DATOS DE FIRMANTE:
Nombre y Apellidos [redacted]
En calidad de: **ENCARGADO/A**
Fecha de firma: **05/06/2025 15:15**

**INSCRIPCIÓN COMPLEMENTARIA DE NACIONALIDAD OPCIÓN A LA NACIONALIDAD ESPAÑOLA**

Nº Asiento [redacted]
Fecha Inscripción Registro Electrónico de Seguridad: **05/06/2025 21:31**
Código personal del registro individual del inscrito [redacted]

(3-3) DATOS DE IDENTIDAD DEL/DE LA INSCRITO/A. (8-3) Nombre: **ERNESTO** (7-3) Primer apellido: **GARCÍA** (7-3) Segundo apellido: **BOLAÑOS.** Tipo de documento acreditativo de identidad: **NO ACREDITADO.** Sexo [redacted] 9-7-3) Fecha de nacimiento: [redacted] -4-3-) Lugar: [redacted] 2-1-1-) País: **CUBA.**

En virtud de lo dispuesto en el artículo **APARTADO 1.B), DISPOSICIÓN ADICIONAL 8.ª DE LA LEY 20/2022 EL/LA PROPIO/A INSCRITO/A** ha optado por la nacionalidad española ante **ENCARGADO DEL REGISTRO CIVIL** en **CONSULADO GENERAL DE ESPAÑA EN MIAMI** en Acta del **27/02/2024**, Habiendo prestado **COMPARECENCIA** que previene la Ley, Asimismo, ha optado por la vecindad civil **COMÚN.**

| FECHA Y HORA DEL DOCUMENTO | DIRECCIÓN DE VALIDACIÓN | FIRMADO ELECTRÓNICAMENTE POR |
| --- | --- | --- |
| 06/06/2025 15:43 | https://sede.mjusticia.gob.es/es/comprobacion-autenticidad | Secretaría de Estado de Justicia |

[redacted]

DATOS DE FIRMANTE:
Nombre y Apellidos[redacted]
En calidad de: **ENCARGADO/A**
Fecha de firma: **05/06/2025 15:31**

Y para que conste y surta los efectos oportunos, se emite el presente certificado literal del Registro Civil.