U.S. Department of Homeland Security
13077 Veveras Dr
Jacksonville, Fl 32258

U.S. Immigration and Customs Enforcement

July 10, 2026

Consulate of Spain in Miami
2655 S Le Jeune Rd #203
Coral Gables, FL 33134

**RE: GARCIA, ERNESTO [redacted] 768**

Dear Consul General:

Please accept this letter with the enclosed documents as a formal request for a travel document on behalf of GARCIA, ERNESTO a native CUBA and citizen of SPAIN.

Mr. GARCIA entered the United States AT MIAMI, FLORIDA on 05/03/1995 as a parolee.

Mr. GARCIA was afforded a hearing before an Immigration Judge to answer the charges on the attached Notice to Appear. As a result of this hearing, Mr. GARCIA was ordered deported from the United States as documented by the attached Order.

Mr. GARCIA will be scheduled to depart the United States upon receipt of a travel document. Since he/she is being detained at ICE expense, a prompt response would be appreciated.

If you require further information, please contact Officer [redacted] at [redacted] or email [redacted]

Sincerely
[redacted]
Deportation Officer

Enclosed Copies of
(1) Removal Order
(2) Charging Document
(3) I-217
(4) Information for Travel Document or Passport
(5) Copy of Birth Certificate
(6) Copy of Criminal Conviction Document
(7) Biometric Information

IMMIGRATION COURT
333 SOUTH MIAMI AVE., STE.700
MIAMI, FL 33130

In the Matter of

Case No.: [redacted]768

GARCIA, ERNESTO
Respondent

IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE

This is a summary of the oral decision entered on 10/20/2014. This memorandum is solely for the convenience of the parties. If the proceedings should be appealed or reopened, the oral decision will become the official opinion in the case.

[✓] The respondent was ordered removed from the United States to Cuba or in the alternative to .
[ ] Respondent's application for voluntary departure was denied and respondent was ordered removed to or in the alternative to .
[ ] Respondent's application for voluntary departure was granted until upon posting a bond in the amount of $ ________ with an alternate order of removal to .

Respondent's application for:
[ ] Asylum was ( )granted ( )denied( )withdrawn.
[ ] Withholding of removal was ( )granted ( )denied ( )withdrawn.
[ ] A Waiver under Section _____ was ( )granted ( )denied ( )withdrawn.
[ ] Cancellation of removal under section 240A(a) was ( )granted ( )denied ( )withdrawn.

Respondent's application for:
[ ] Cancellation under section 240A(b)(1) was ( ) granted ( ) denied ( ) withdrawn. If granted, it is ordered that the respondent be issued all appropriate documents necessary to give effect to this order.
[ ] Cancellation under section 240A(b) (2) was ( )granted ( )denied ( )withdrawn. If granted it is ordered that the respondent be issued all appropriated documents necessary to give effect to this order.
[ ] Adjustment of Status under Section ____ was ( )granted ( )denied ( )withdrawn. If granted it is ordered that the respondent be issued all appropriated documents necessary to give effect to this order.
[ ] Respondent's application of ( ) withholding of removal ( ) deferral of removal under Article III of the Convention Against Torture was ( ) granted ( ) denied ( ) withdrawn.
[ ] Respondent's status was rescinded under section 246.
[ ] Respondent is admitted to the United States as a _____ until _____.
[ ] As a condition of admission, respondent is to post a $ ________ bond.
[ ] Respondent knowingly filed a frivolous asylum application after proper notice.
[ ] Respondent was advised of the limitation on discretionary relief for failure to appear as ordered in the Immigration Judge's oral decision.
[ ] Proceedings were terminated.
[ ] Other: ________________________________________.

Date: Oct 20, 2014

RENE D. MATEO
Immigration Judge

GEMS

Appeal: Waived/Reserved Appeal Due By:

U.S. Department of Homeland Security

# Notice to Appear

**In removal proceedings under section 240 of the Immigration and Nationality Act:**

Subject ID: [redacted]

DOB: [redacted]

File No: [redacted]768

Event No: [redacted]

In the Matter of:

Respondent: ERNESTO GARCIA AKA: GARCIA BOLANO, ERNESTO currently residing at:

[redacted]

(Number, street, city and ZIP code) (Area code and phone number)

- [ ] 1. You are an arriving alien.
- [ ] 2. You are an alien present in the United States who has not been admitted or paroled.
- [x] 3. You have been admitted to the United States, but are removable for the reasons stated below.

RECEIVED
US DEPARTMENT OF
2014 JUN 12 AM 11:26
EXECUTIVE OFFICE FOR
IMMIGRATION REVIEW
IMMIGRATION COURT

The Department of Homeland Security alleges that you:

See Continuation Page Made a Part Hereof

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

See Continuation Page Made a Part Hereof

- [ ] This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.
- [ ] Section 235(b)(1) order was vacated pursuant to: ☐ 8CFR 208.30(f)(2) ☐ 8CFR 235.3(b)(5)(iv)

Exh. 1

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:

to be determined.

*(Complete Address of Immigration Court, including Room Number, if any)*

on To be set. at To be set. to show why you should not be removed from the United States based on the
*(Date)* *(Time)*

charge(s) set forth above. [redacted]DDO

*(Signature and Title of Issuing Officer)*

Date: May 12, 2014 Jacksonville, Florida

*(City and State)*

**See reverse for important information**

Form I-862 (Rev. 08/01/07)

**Notice to Respondent**

**Warning: Any statement you make may be used against you in removal proceedings.**

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are under removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 3.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents, which you desire to have considered in connection with your case. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing.

At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear and that you are inadmissible or removable on the charges contained in the Notice to Appear. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government. At the conclusion of your hearing, you have a right to appeal an adverse decision by the immigration judge.

You will be advised by the immigration judge before whom you appear of any relief from removal for which you may appear eligible including the privilege of departure voluntarily. You will be given a reasonable opportunity to make any such application to the immigration judge.

**Failure to appear:** You are required to provide the DHS, in writing, with your full mailing address and telephone number. You must notify the Immigration Court immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this preceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the DHS.

**Mandatory Duty to Surrender for Removal:** If you become subject to a final order of removal, you must surrender for removal to one of the offices listed in 8 CFR 241.16(a). Specific addresses on locations for surrender can be obtained from your local DHS office or over the internet at http://www.ice.gov/about/dro/contact.htm. You must surrender within 30 days from the date the order becomes administratively final, unless you obtain an order from a Federal court, immigration court, or the Board of Immigration Appeals staying execution of the removal order. Immigration regulations at 8 CFR 241.1 define when the removal order becomes administratively final. If you are granted voluntary departure and fail to depart the United States as required, fail to post a bond in connection with voluntary departure, or fail to comply with any other condition or term in connection with voluntary departure, you must surrender for removal on the next business day thereafter. If you do not surrender for removal as required, you will be ineligible for all forms of discretionary relief for as long as you remain in the United States and for ten years after departure or removal. This means you will be ineligible for asylum, cancellation of removal, voluntary departure, adjustment of status, change of nonimmigrant status, registry, and related waivers for this period. If you do not surrender for removal as required, you may also be criminally prosecuted under section 243 of the Act.

**Request for Prompt Hearing**

To expedite a determination in my case, I request an immediate hearing. I waive my right to a 10-day period prior to appearing before an immigration judge.

Before:

_______________________________
*(Signature of Respondent)*

Date: ____________________

_______________________________
*(Signature and Title of Immigration Officer)*

**Certificate of Service**

This Notice To Appear was served on the respondent by me on 06/04/2014, in the following manner and in compliance with section 239(a)(1)(F) of the Act.

☐ in person ☐ by certified mail, returned receipt requested ☒ by regular mail

☐ Attached is a credible fear worksheet.

☒ Attached is a list of organization and attorneys which provide free legal services.

The alien was provided oral notice in the ______________________ langu[redacted] consequences of failure to appear as provided in section 240(b)(7) of the Act.

_______________________________
(Signature of Respondent if Personally Served)

(Signature and Title of officer)

U.S. Department of Homeland Security

Continuation Page for Form I-862

| Alien's Name | File Number | Date |
| --- | --- | --- |
| ERNESTO GARCIA | [redacted]768<br>Event No: [redacted] | 05/12/2014 |

THE SERVICE ALLEGES THAT YOU:

----------------------------

1. You are not a citizen or national of the United States;

2. You are a native of CUBA and a citizen of CUBA;

3. You were admitted to the United States at MIAMI, FLORIDA on or about May 3, 1995 as a Parolee;

4. Your status was adjusted to that of a lawful permanent resident on May 23, 2001 under section 1 of the Act effective May 3, 1995;

5. You were, on January 29, 2010, convicted in the 11th Judicial Circuit Court in and for Miami-Dade County, Florida for the offense of Sexual Battery on a Minor under 12/Attempted , in violation of Fl Statutes 794.011(2) and 777.04. Case number F09-009121B. Sentenced to 7 years imprisonment followed by 15 years probation.

ON THE BASIS OF THE FOREGOING, IT IS CHARGED THAT YOU ARE SUBJECT YOU REMOVAL FROM THE UNITED STATES PURSUANT TO THE FOLLOWING PROVISION(S) OF LAW:

------------------------------------------------------------------------------------

-------------------------------------------------------

Section 237(a)(2)(A)(iii) of the Immigration and Nationality Act (Act), as amended, in that, at any time after admission, you have been convicted of an aggravated felony as defined in section 101(a)(43)(U) of the Act, a law relating to an attempt or conspiracy to commit an offense described in section 101(a)(43) of the Act.

Section 237(a)(2)(E)(i) of the Immigration and Nationality Act, as amended, in that you are an alien who at any time after entry has been convicted of a crime of domestic violence, a crime of stalking, or a crime of child abuse, child neglect, or child abandonment.

| Signature | Title |
| --- | --- |
| [redacted] | SDDO |

3 of 3 Pages

Event No: [redacted]

DATE PREPARED
02/19/2015

# INFORMATION FOR TRAVEL DOCUMENT OR PASSPORT

FILE
A [redacted] 768

1. NAME
ERNESTO GARCIA

2. SEX [redacted]

3. OTHER NAMES USED OR KNOWN BY
GARCIA BOLANO, ERNESTO

4. CITIZENSHIP
CUBA

5. DATE OF BIRTH
[redacted]

6. PLACE OF BIRTH
[redacted] CUBA

7. HEIGHT WEIGHT EYES HAIR COMPLEXION MARKS OR SCARS
[redacted]

8. NEAREST LARGE CITY TO PLACE OF BIRTH

9. DISTANCE AND DIRECTION OF PLACE OF BIRTH FROM THIS LARGE CITY

10. IF CITIZENSHIP IS DIFFERENT FROM COUNTRY OF BIRTH, EXPLAIN. IF NATURALIZED IN ANY COUNTRY, SHOW DATE AND PLACE OF NATURALIZATION, CERTIFICATE NUMBER, AND STATE HOW CITIZENSHIP WAS ACQUIRED.
N/A

11. NAMES: LOCATIONS AND DATES (YEARS) OF ATTENDANCE OF FOREIGN SCHOOLS

12. NAMES, EXACT LOCATIONS AND DATES (YEARS) OF ATTENDANCE OF FOREIGN CHURCHES. INCLUDE DATE AND NATURE OF ANY RELIGIOUS CEREMONY WHICH MAY HAVE BEEN RECORDED.

13. LAST PERMANENT RESIDENCE IN COUNTRY OF CITIZENSHIP *(Show dates of residence)*

14. ADDRESS IN COUNTRY OF LAST FOREIGN RESIDENCE *(Show dates of residence, and Immigration status there)*
FL DOC INMATE # [redacted]

15. PLACE OF ENTRY INTO UNITED STATES
MIAMI, FLORIDA

DATE OF ENTRY INTO UNITED STATES
05/03/1995

16. LIST DATE AND PLACE OF ISSUANCE AND NUMBER OF PASSPORT, BIRTH CERTIFICATE, BAPTISMAL CERTIFICATE OR DOCUMENT OF IDENTITY. SPECIFY DATES OF MILITARY SERVICE, COUNTRY AND UNIT, RANK, SERIAL NUMBER, AND PLACES OF INDUCTION AND DISCHARGE.

17. IN POSSESSION OF TRAVEL DOCUMENT OR PASSPORT AT TIME OF ENTRY: ☐ YES ☐ NO. DESCRIBE DOCUMENT (S). IF SUBJECT DID NOT HAVE TRAVEL DOCUMENT OR PASSPORT AT TIME OF ENTRY, OR DOES NOT HAVE SUCH A DOCUMENT NOW, INDICATE WHETHER EVER OBTAINED ONE: ☐ YES ☐ NO. STATE HOW, WHEN, AND WHERE IT WAS OBTAINED: WHAT KIND OF DOCUMENT IT WAS, AND WHAT BECAME OF IT.

18. FATHER'S NAME [redacted] | DATE OF BIRTH | PLACE OF BIRTH
CUBA

PRESENT ADDRESS

19. MOTHER'S MAIDEN NAME [redacted] | DATE OF BIRTH [redacted] | PLACE OF BIRTH
CUBA

PRESENT ADDRESS

20. NAME, RELATIONSHIP, AND ADDRESSES OF RELATIVES ABROAD
Not Applicable

21. PREVIOUSLY ☐ EXCLUDED ☐ DEPORTED ☐ REQUIRED TO DEPART FROM THE UNITED STATES

ON ____________ *(Date)* VIA ____________ *(Port)* TO ____________ *(Country)*

22. INDICATE WHETHER EVER ARRESTED, IN PRISON OR A PUBLIC INSTITUTION IN THE COUNTRY OF WHICH A NATIONAL, SUBJECT OR CITIZEN: ☐ YES ☐ NO. IF SO, GIVE DATES AND PLACES

23. NAME, NATIONALITY AND PRESENT ADDRESS OF SPOUSE, AND DATE AND PLACE OF MARRIAGE
[redacted]

24. NAMES, AGES, AND ADDRESSES OF ALL CHILDREN
[redacted]

25. IF NONCANADIAN DEPORTABLE TO CANADA, GIVE DATE AND PORT OF ARRIVAL IN CANADA, AND NAME OF VESSEL

U.S. Department of Homeland Security

Continuation Page for Form I-217

| Alien's Name | File Number | Date |
|---|---|---|
| GARCIA, ERNESTO | [redacted]768<br>Event No: [redacted] | 02/19/2015 |

CHILDREN INFO
-------------

| Signature | Title |
|---|---|
| [redacted] | DEPORTATION OFFICER |

2 of 2 Pages

MINISTERIO
DE LA PRESIDENCIA, JUSTICIA
Y RELACIONES CON LAS CORTES

registrocivil

# CERTIFICACIÓN LITERAL DE INSCRIPCIÓN DE NACIMIENTO

La presente certificación literal ha sido expedida con la autorización prevista en el art. 81 de la Ley del Registro Civil y contiene el tenor literal del/de los asiento/s solicitado/s que se transcriben en los siguientes párrafos, según resulta/n de los datos obrantes en el registro individual de la persona que figura en dicho/s asiento/s. Se declara que la presente certificación sólo da fe de las circunstancias que indica la Ley 20/2011 para cada hecho o acto que se comprende en el asiento o asientos a los que se refiere la misma (artículos 44.2, 59.5, 62.1 de la Ley 20/2011, de 21 de Julio, del Registro Civil).

*ASIENTOS QUE SE CERTIFICAN*

**INSCRIPCIÓN PRINCIPAL DE NACIMIENTO**

Nº Asiento [redacted]
Fecha Inscripción Registro Electrónico de Seguridad: **05/06/2025 21:15**
Código personal del registro individual del inscrito [redacted]

(3-3) DATOS DE IDENTIDAD DEL/DE LA INSCRITO/A. (8-3) Nombre: **ERNESTO** (7-3) Primer apellido: **GARCÍA** (7-3) Segundo apellido: **BOLAÑOS** Sexo: (3-4-1 [redacted] (9-4-4) Hora de nacimiento: --:-- (9-7-3) Fecha de nacimiento: [redacted] 2-4-3) Lugar: [redacted] 2-1-1) País: **CUBA**. (3-1) DOMICILIO DE RESIDENCIA: [redacted] Localidad **FLORIDA** Pais: **ESTADOS UNIDOS DE AMERICA.**

[redacted]

La inscripción se practica en virtud de: **DECLARACIÓN** realizada por D/Dª. **ERNESTO GARCÍA BOLAÑOS.** Según consta en el expediente nº [redacted] del Registro Civil.

DATOS DE FIRMANTE:
Nombre y Apellidos: [redacted]
En calidad de: **ENCARGADO/A**
Fecha de firma: **05/06/2025 15:15**

**INSCRIPCIÓN COMPLEMENTARIA DE NACIONALIDAD OPCIÓN A LA NACIONALIDAD ESPAÑOLA**

Nº Asiento [redacted]
Fecha Inscripción Registro Electrónico de Seguridad: **05/06/2025 21:31**
Código personal del registro individual del inscrito [redacted]

(3-3) DATOS DE IDENTIDAD DEL/DE LA INSCRITO/A. (8-3) Nombre: **ERNESTO** (7-3) Primer apellido: **GARCÍA** (7-3) Segundo apellido: **BOLAÑOS.** Tipo de documento acreditativo de identidad: **NO ACREDITADO.** Sexo: [redacted] 9-7-3) Fecha de nacimiento: [redacted] (2-4-3-) Lugar: [redacted] País: **CUBA.**

En virtud de lo dispuesto en el artículo **APARTADO 1.B), DISPOSICIÓN ADICIONAL 8.ª DE LA LEY 20/2022 EL/LA PROPIO/A INSCRITO/A** ha optado por la nacionalidad española ante **ENCARGADO DEL REGISTRO CIVIL** en **CONSULADO GENERAL DE ESPAÑA EN MIAMI** en Acta del **27/02/2024**, Habiendo prestado **COMPARECENCIA** que previene la Ley, Asimismo, ha optado por la vecindad civil **COMÚN.**

| FECHA Y HORA DEL DOCUMENTO | DIRECCIÓN DE VALIDACIÓN | FIRMADO ELECTRÓNICAMENTE POR |
|---|---|---|
| 06/06/2025 15:43 | https://sede.mjusticia.gob.es/es/comprobacion-autenticidad | Secretaría de Estado de Justicia |

[redacted]

DATOS DE FIRMANTE:
Nombre y Apellidos [redacted]
En calidad de: **ENCARGADO/A**
Fecha de firma: **05/06/2025 15:31**

Y para que conste y surta los efectos oportunos, se emite el presente certificado literal del Registro Civil.

| FECHA Y HORA DEL DOCUMENTO | DIRECCIÓN DE VALIDACIÓN | FIRMADO ELECTRÓNICAMENTE POR |
|---|---|---|
| 06/06/2025 15:43 | https://sede.mjusticia.gob.es/es/comprobacion-autenticidad | Secretaría de Estado de Justicia |

[redacted]

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA 153

DIVISION

[X] CRIMINAL

# JUDGMENT

[ ] Probation Violator [ ] Retrial

[ ] Community Control Violator [ ] Resentence

PLAINTIFF(S) VS. DEFENDANT(S)

THE STATE OF FLORIDA ERNESTO GARCIA

CASE NUMBER: F09-009121B

The Defendant, ERNESTO GARCIA, being personally before this Court represented by [redacted] is/her attorney of record.

The State represented by, NATALIE SNYDER, Assistant State's Attorney, and having:

[ ] been tried and found guilty [X] DNA taken purs. to FS 943.325

[X] entered plea of guilty

[ ] entered plea of nolo contendere to the following crime(s):

CLOCK IN

2010 MAR 10 PM 4:13

| COUNT | CRIME | DEGREE | OFFENSE STATUTE NO. |
|---|---|---|---|
| 2 | SEXUAL BATTERY/ON A MINOR UNDER 12/ATTEMPTED AS AMENDED | 1/F | 794.011(2) 777.04 |
| 3 | SEXUAL BATTERY/ON A MINOR UNDER 12/ATTEMPTED AS AMENDED | 1/F | 794.011(2) 777.04 |
| 4 | SEXUAL BATTERY/ON A MINOR UNDER 12/ATTEMPTED AS AMENDED | 1/F | 794.011(2) 777.04 |
| 5 | SEXUAL BATTERY/ON A MINOR UNDER 12/ATTEMPTED AS AMENDED | 1/F | 794.011(2) 777.04 |
| 6 | SEXUAL BATTERY/ON A MINOR UNDER 12/ATTEMPTED AS AMENDED | 1/F | 794.011(2) 777.04 |

and no cause being shown why the Defendant should not be adjudicated guilty, IT IS ORDERED THAT the Defendant is hereby ADJUDICATED GUILTY of the above crime(s).

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

| DIVISION<br>[X] CRIMINAL | CHARGES/COSTS/FEES | CASE NUMBER: F09-009121B |
|---|---|---|

| PLAINTIFF(S) | VS. DEFENDANT(S) |
|---|---|
| THE STATE OF FLORIDA | ERNESTO GARCIA |

The Defendant is hereby ordered to pay the following sum indicated:

| | |
|---|---|
| $50.00 | Pursuant to F.S. 938.03(4) (Crimes Compensation Trust Fund). |
| $3.00 | Three dollars as a court cost pursuant to F.S. 938.01 (1) $3.00 (Criminal Justice Trust & Education Funds). |
| $3.00 | Pursuant to F.S. 938.19 (Teen Courts). |
| $50.00 | Pursuant to F.S. 775.083(2) (Crime Prevention Programs). |
| $2.00 | Two dollars as a court cost pursuant to F.S. 938.15 $2.00 (Criminal Justice Trust & Education Funds). |
| $65.00 | Pursuant to F.S. 939.185(1)(a) (Assessment of Additional Court Costs as adopted by Ordinance 04-116) |
| $85.00 | Pursuant to F.S. 939.185(1)(b) (Surcharge as adopted by Ordinance 05-123) |
| $100.00 | COST OF PROSECUTION FSS 938.27(8) |
| $225.00 | ADDITIONAL COST FINE AND FORFEITURE FSS 938.05 |
| $583.00 - | TOTAL |

OTHER COMMENTS: STAY DUE DATE:12/29/32

DONE AND ORDERED in Open Court in Miami-Dade County, Florida this 29th day of January, 2010.

JUDGE ROBERTO M PINEIRO

(W=WAIVED/S=SUSPENDED)

☐ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA
☐ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

| DIVISION<br>☑ CRIMINAL<br>☐ OTHER | FINGERPRINTS OF DEFENDANT |
|---|---|

THE STATE OF FLORIDA VS. Ernesto Garcia

PLAINTIFF DEFENDANT

CASE NUMBER: F09-9121B

I herby certify that the foregoing fingerprints on this judgment are the fingerprints of the defendant named above, and that they were placed thereon by said defendant in my presence, in open court, on this date and that the defendant provided the below [redacted] or was unable to provide said number as indicated.

Fingerprints take [redacted]

Title

CLOCK IN

FILED
JAN 29 2010
CLERK

[redacted]RPRINTS OF DEFENDANT

| 1. R. Thumb | 2. R. Index | 3. R. Middle | 4. R. Ring | 5. R. Little |
|---|---|---|---|---|

[redacted]

Social Security Number of Defendant ______________

DONE AND ORDERED in Open Court in Miami-Dade County, Florida this 29 day of Jan, 2010

JUDGE
ROBERTO M PINEIRO

Page 3 of 3

CLK/CT 854. REV. 7/03

Clerk's web address: www.miami-dadeclerk.com

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA 258

| DIVISION<br>[X] CRIMINAL | SENTENCE |
|---|---|

AS TO COUNT: 2, 3, 4, 5, 6

| PLAINTIFF(S) | VS. DEFENDANT(S) |
|---|---|
| THE STATE OF FLORIDA | ERNESTO GARCIA |

CASE NUMBER: F09-009121B OBTS NUMBER ________

2010 MAR 10 PM 4:13

CLOCK IN

The Defendant, being personally before this Court, accompanied by his/her attorney(s): [redacted] and having been adjudicated guilty herein, and the Court having given the defendant an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why he/she should not be sentenced as provided by law, and no cause having been shown:

IT IS THE SENTENCE OF THE COURT that the defendant is hereby:

Is hereby committed to the custody of the Florida Department of Corrections..

TO BE IMPRISONED:

For a term of 7.00 Year(s).

In the event the defendant is ordered to serve additional split sentences, all incarceration portions shall be satisfied before the defendant begins service of the supervision terms.

SPLIT SENTENCE

Split Counts: 2,3,4,5,6 ( SEXUAL OFFENDER)

Probation Length: 15 Year(s)

Followed by a period of (the specified length), on Probation under the supervision of the Department of Corrections according to the terms and conditions of supervision set forth in a separate order entered herein.

# Biometric Information

**Name:** ERNESTO GARCIA
**Alien Number:** [redacted]768

[redacted]

[redacted]

[redacted]

Changes to airline reservations may result in an increase in fare and/or carrier penalties.
Click here for travel health advisories
Click here for travel alerts and warnings

Proper documentation is required for entry into arrival country. Airport fees may be collected upon arrival or departure
To View US Department of Transportation website listing the countries requiring or permitting application of insecticides on aircraft
Click Here

Travel information:
US Effective 05/07/2025 Real ID **TSA** - >>Click to View
UK Effective 01/08/2025 TO/Thru UK Travel Document **Changes** - >>Click to View
Brazil Effective 04/10/2025 TO/Thru BR Travel Document **Changes** - >>Click to View
($80.90/Photo/2-5dayProcessing) Brazilian Government has reinstated visa requirements for the citizens of the United States, Australia and Canada.