Outlook

RE: Salvoconducto Garcia, Ernesto

From [redacted]
Date Wed 8/12/2026 1:37 PM
To [redacted]
Cc [redacted]

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

A la atención del Oficial [redacted]

En relación a la deportación del ciudadano español Ernesto Garcia Bolaños ( [redacted]768) le informamos que las autoridades españolas indican que por ahora no procede la expedición del salvoconducto para viajar a España pues de está revisando su nacionalidad.
La preferencia es que sea deportado a su país de origen, Cuba o a otro país que lo acepte de acuerdo a su condición de nacional cubano.

[redacted]
Dpto. Pasaportes
[redacted] Fax: (305) 446-5431
Consulado General de España en Miami
2655 Le Jeune Road, Suite 203
Coral Gables Fl 33134
GOBIERNO DE ESPAÑA MINISTERIO DE ASUNTOS EXTERIORES, UNIÓN EUROPEA Y COOPERACIÓN
www.exteriores.gob.es

De [redacted]
**Enviado el:** jueves, 23 de julio de 2026 15:03
**Para:** . [redacted]

Buenas tardes,

Gracias por la novedad.

Siguemos Esperando

**From:** [redacted]
**Sent:** Thursday, 23 July 2026 14:36:13
**To:** [redacted]
**Cc:** [redacted]
**Sub**

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Buenas tardes Oficial [redacted] respecto a Garcia bolaños, todavía estamos a la espera de una aprobación que pueda ser deportado a España, apenas recibamos respuesta le dejo saber, un cordial saludo

Dpto. Pasaportes
Tfno [redacted]
Email: [redacted]
Consulado General de España en Miami
2655 Le Jeune Road, Suite 203
Coral Gables Fl 33134
GOBIERNO DE ESPAÑA MINISTERIO DE ASUNTOS EXTERIORES, UNIÓN EUROPEA Y COOPERACIÓN
www.exteriores.gob.es

**De** [redacted]
**Enviado el:** jueves, 23 de julio de 2026 10:43
**Para:** . [redacted]
**Asunto:** Re: Salvoconducto Garcia, Ernesto

Buenos dias,

Esta listo el documento? Me lo estan solicitando urgente ya que el vuelo.

Gracias por su asistencia

---

**From** [redacted]
**Sent:** Monday, July 13, 2026 1:55 PM
**To:** . Con [redacted]
**Subject:** RE: Salvoconducto Garcia, Ernesto

Aca s lo reenvio =]

---

**From:** . [redacted]
**Sent:** Monday, July 13, 2026 8:22 AM
**To:** [redacted]
**Subject:** RE: Salvoconducto Garcia, Ernesto

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Buenos días, no hemos recibido el archivo adjunto con los documentos

[redacted]
Dpto. Pasaportes
Tlfn [redacted]
Email: cog.miami.pas@maec.es
Consulado General de España en Miami
2655 Le Jeune Road, Suite 203
Coral Gables Fl 33134

GOBIERNO DE ESPAÑA
MINISTERIO DE ASUNTOS EXTERIORES, UNIÓN EUROPEA Y COOPERACIÓN

www.exteriores.gob.es

---

**D** [redacted]
**Enviado el:** viernes, 10 de julio de 2026 15:17
**Para** [redacted]
**Asunto:** RE: Salvoconducto Garcia, Ernesto

Spain2026

---

**From** [redacted]
**Sent:** Friday, July 10, 2026 3:17 PM
**To:** . [redacted]
**Subject:** Salvoconducto Garcia, Ernesto

Buenas Tardes,

Aca les presento la petition con todos los documentos y el itinerario para nuestra peticion de emision de un salvo conducto.

Contrasena a seguir.

Gracias.

[redacted]
Deportation Officer
Detained Case Management
DHS-ICE-ERO Miami Field Office
Krome SPC | 18201 SW 12th St | Miami, FL 33194
[redacted]

This communication is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this communication should be furnished to the media, either in written or verbal form.