[File: Ex. K Certificacion Literal de Inscripcion de Nacimiento_Redacted.pdf]

---

[Coat of Arms] MINISTRY OF THE PRESIDENCY, JUSTICE, AND RELATIONS WITH THE COURTS [Emblem: Civil Registry]

**LITERAL CERTIFICATION OF BIRTH REGISTRATION**

This literal certification is issued with the authorization set forth in Art. 81 of the Civil Registry Act and contains the full text of the requested entry/entries, transcribed in the following paragraphs, taken from the information that appears in the individual record for the person listed in said entry/entries. It is hereby declared that this certification only attests to the circumstances indicated in Act 20/2011 for each event or act recorded in the referenced entry or entries (Articles 44.2, 59.5, and 62.1 of Act 20/2011, of July 21st, of the Civil Registry).

*CERTIFIED ENTRIES*

**MAIN REGISTRATION OF BIRTH**

**Entry No.** [Redacted]
Date of Registration Electronic Security Record: **06/05/2025 9:15 p.m.**
Personal code of the individual record of the registered party: [Redacted]

(3-3) IDENTITY INFORMATION FOR THE REGISTERED PARTY. (8-3) Name: **ERNESTO** (7-3) First Surname: **GARCÍA** (7-3) Second Surname: **BOLAÑOS** Sex: (3-4-1) [Redacted] (9-4-4) Time of birth: **--:--** (9-7-3) Date of Birth: [Redacted] (2-4-3) Place: [Redacted] (2-1-1) Country: **CUBA** (3-1) RESIDENTIAL ADDRESS: [Redacted]-2) City: **FLORIDA** Country: **UNITED STATES OF AMERICA**

**[Redacted]**

This registration was carried out in accordance with a: **STATEMENT** given by Mr. **ERNESTO GARCÍA BOLAÑOS.** It is held in file [redacted] of the Civil Registry.

SIGNATORY'S INFORMATION
Full Name: [Redacted]
In his/her capacity as: **OFFICIAL IN CHARGE**
Signed: **06/05/2025 3:15 p.m.**

**SUPPLEMENTARY REGISTRATION OF NATIONALITY – APPLICATION FOR SPANISH NATIONALITY**

Entry No. [Redacted]
Date of Registration Electronic Security Record: **06/05/2025 9:31 p.m.**
Personal code of the individual record of the registered party: [Redacted]

(3-3) IDENTITY INFORMATION FOR THE REGISTERED PARTY. (8-3) Name: **ERNESTO** (7-3) First Surname: **GARCÍA** (7-3) Second Surname: **BOLAÑOS.** Document used to verify his/her information: **NOT VERIFIED** Sex: [Redacted] 9-7-3) Date of Birth: [Redacted] -4-3-) City: [Redacted] (2-1-1-) Country: **CUBA**

In view of the provisions of **SECTION 1.B) of the 8th ADDITIONAL PROVISION OF ACT 20/2022, THE REGISTERED PARTY HIMSELF/HERSELF** has applied for Spanish nationality through a record dated **02/27/2024**, by **APPEARING,** as required by Law, before the **OFFICER IN CHARGE OF THE CIVIL REGISTRY** at the **CONSULATE GENERAL OF SPAIN IN MIAMI** Furthermore, he opted for the **COMMON** Civil Law citizenship.

| DOCUMENT DATE AND TIME | VALIDATION ADDRESS | SIGNED ELECTRONICALLY BY |
|---|---|---|
| **06/06/2025 3:43 p.m.** | **https://sede.mjusticia.gob.es/es/comprobacion-autenticidad** | **Secretariat of State for Justice** |

[Barcode]
[Redacted]

SIGNATORY'S INFORMATION
Full Name: [Redacted]
In his/her capacity as: **OFFICIAL IN CHARGE**
Signed: **06/05/2025 3:31 p.m.**

This literal certification from the Civil Registry is hereby issued for the record and for all corresponding purposes.

LSS T# 962554 | A-File[redacted]768

[File: Ex. M Email response Consulate of Spain_Redacted.pdf]

---

[Icon] Outlook

---

RE: Letter of Safe-Conduct [*Salvoconducto*] Garcia, Ernesto

---

**From** [Redacted]
**Date** Wed 8/12/2026 1:37 PM
**To** [Redacted]
**Cc** [Redacted]

*CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.*

To Officer [Redacted]

Regarding the deportation of Spanish citizen Ernesto Garcia Bolaños ([Redacted]768), we hereby inform you that Spanish authorities indicate that, at present, it is not appropriate to issue the letter of safe-conduct to travel to Spain since his nationality is under review.
Preferably, he would be deported to his country of origin, Cuba, or to another country that would accept him given his status as a Cuban national.

[Redacted]
Passport Dept.
[Redacted] Fax: (305) 446-5431
Consulate General of Spain in Miami
2655 Le Jeune Road, Suite 203
Coral Gables, Fl 33134
[Emblem: Government of Spain | Ministry of Foreign Affairs, European Union, and Cooperation]
www.exteriores.gob.es [Icons]

---

**From** [Redacted]
**Date:** Thursday, July 23, 2026 3:03 PM
**To:** [Redacted]
[Redacted]

Good afternoon,

Thank you for the update.

We are still waiting.

---

**From** [Redacted]
**Date** Thursday, July 23, 2026 2:36:13 pm
**To** [Redacted]
**Cc** [Redacted]
**Sub**

*CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.*

Good afternoon, Officer [Redacted] With regard to Garcia Bolaños, we are still waiting for approval for him to be deported to Spain; as soon as we receive a response, we'll let you know. Kind regards.

Passport Dept.
Tel.: [Redacted]
Email: [Redacted]
Consulate General of Spain in Miami
2655 Le Jeune Road, Suite 203
Coral Gables, Fl 33134
[Emblem: Government of Spain | Ministry of Foreign Affairs, European Union, and Cooperation]
www.exteriores.gob.es [Icons]

LSS T# 962554 | A-File 074029768

**From** [Redacted]
**Sent:** Thursday, July 23, 2026 10:43 AM
**To:** [Redacted]
**Subject:** Re: Letter of Safe-Conduct Garcia, Ernesto

Good morning,

Is the document ready? They're asking me for it urgently because of the flight.

Thanks for your assistance.

---

**From** [Redacted]
**Sent:** Monday, July 13, 2026 1:55 PM
**To:** [Redacted]
**Subject:** Re: Letter of Safe-Conduct Garcia, Ernesto

Forwarding it here =]

---

**From** [Redacted]
**Sent:** Monday, July 13, 2026 8:22 AM
**To:** [Redacted]
**Subject:** Re: Letter of Safe-Conduct Garcia, Ernesto

*CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.*

Good morning, We haven't received the attached file with the documents.

[Redacted]
Passport Dept.
Tel.: [Redacted]
Email: cog.miami.pas@maec.es
Consulate General of Spain in Miami
2655 Le Jeune Road, Suite 203
Coral Gables, Fl 33134
[Emblem: Government of Spain, Ministry of Foreign Affairs, European Union, and Cooperation]
www.exteriores.gob.es [Icons]

---

**From** [Redacted]
**Sent:** Friday, July 10, 2026 3:17 PM
**To:** [Redacted]
**Subject:** Re: Letter of Safe-Conduct Garcia, Ernesto

Spain2026

---

**From** [Redacted]
**Sent:** Friday, July 10, 2026 3:17 PM
**To:** [Redacted]
**Subject:** Re: Letter of Safe-Conduct Garcia, Ernesto

Good afternoon,

Attached, please find the request with all of the documents and the itinerary for our request to issue a letter of safe-conduct.
Password to follow.

Thanks.

[Redacted]
Deportation Officer
Detained Case Management
DHS-ICE-ERO Miami Field Office
Krome SPC | 18201 SW 12th St | Miami, FL
[Redacted]
*This communication is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this communication should be furnished to the media, either in written or verbal form.*