A-File [redacted]768

Case: --

# CERTIFICATE OF TRANSLATION

I, Steven A. Miller, am competent to translate from the Spanish language into the English language and certify that the full translation of the document(s) listed below is true and accurate to the best of my abilities.

Translation Number: 962554

Document(s): Ex. K Certificacion Literal de Inscripcion de Nacimiento_Redacted.pdf
Ex. M Email response Consulate of Spain_Redacted.pdf

[redacted]
(Signature of Translator)

October 11, 2026
(Date)

**U.S. Citizenship and Immigration Services**
**Language Services Section**

201 Varick Street, Suite 644
New York, NY 10014

Tel.: 1 (833) 801-7025