**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

**MIAMI DIVISION**

FILED BY MP D.C.

OCT 14 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

ERNESTO GARCIA,

Petitioner,

v.

Case No. 1:26-cv-26279-CMA

WARDEN, Krome Detention Center,

Respondents.

---

***PETITIONER'S PRO SE REPLY TO THE GOVERNMENT'S RESPONSE TO HIS PETITION FOR WRIT OF HABEAS CORPUS [Docket 7]***

I, Ernesto Garcia, am filing this reply myself, without a lawyer. I respectfully ask the Court to read it with that in mind. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972).

***1. The main point***

Spain has not agreed to accept me. No country has agreed to accept me. I have been detained for almost ten months. There is no travel document, no flight, and no date. The government has not shown that I will be removed any time soon, so I should be released under supervision.

***2. How long I have been detained***

ICE detained me on December 15, 2025. [Docket 7 at 2]. The six months the law treats as reasonable ended around June 15, 2026. I have now been detained almost ten months, about four months past that limit. The government does not dispute this.

***3. Every country has said no or has not agreed***

- **Cuba said no.** Cuba refused to take me back on December 16, 2025. [Docket 7 at 3]. Cuba also never took me back in the more than ten years after my 2014 removal order.
- **Mexico did not happen.** ICE tried to send me to Mexico, a country I have no connection to. That did not happen. [Docket 7 at 3].
- **Spain has not agreed.** On August 12, 2026, the Spanish Consulate in Miami wrote to ICE. The government filed that email as its own Exhibit M. [Docket 7-13 at 1]. In English, it says:

*"The Spanish authorities indicate that, for now, issuance of the safe-conduct to travel to Spain is not appropriate, as his nationality is being reviewed. The preference is that he be deported to his country of origin, Cuba, or to another country that accepts him in accordance with his status as a Cuban national."*

On October 8, 2026, the Spanish Consulate wrote to my brother that my case *"is under review, therefore the request for the issuance of the safe-conduct pass will not be processed until it is approved."* (Exhibit 1). So Spain is not even working on a travel document right now. Spain sent my case to a review board on May 4, 2026. [Docket 7 at 3]. More than 5 months later, there is still no decision and no date.

***4. The government's own papers show Spain has not agreed***

The government tells the Court that "there has been no indication that Spain would not accept Petitioner." [Docket 7 at 8]. That is not correct. The government's own Exhibit M says Spain will not issue a document for now and would prefer that I go to Cuba.

The government itself admits:

- Spain "denied issuance of a temporary travel document." [Docket 7 at 4].
- Spain "is still deciding whether it would issue temporary travel documents." [Docket 7].
- The delay is caused by "a process beyond ICE ERO's control." [Docket 7 at 5].
- If Spain says no, ICE will ask the Department of State to get involved. [Docket 7 at 4].

The government also relies on things the Consulate told my brother. Those emails were from January to April 2026 (Exhibits 3 and 4). That was **before** Spain told ICE on August 12 that it would not issue a document for now. Spain's newer, official position is what matters.

***5. The October 6 meeting***

The government told the Court that ICE would meet with the Spanish Consulate in Miami on October 6, 2026, to speed up my travel document. [Docket 7 at 4]. But on October 8, 2026, the Consulate wrote to my brother that, "barring any errors or omissions, as of today we have no record of any communication from ICE Miami authorities regarding a meeting with officials from this Consulate General." (Exhibit 1). If the government wants to rely on that meeting, it should tell the Court under oath who was there, what Spain said, and whether Spain gave any document or date.

***6. A correction about the flight itinerary***

My petition said ICE never gave Spain a flight itinerary. I believed that because the Consulate told my brother in writing, as late as April 10, 2026, that it was waiting for the itinerary from U.S. authorities. (Exhibits 3 and 4). The government's papers now show that ICE did send one in July 2026. I am detained and did not know this until I read the government's response. I want to be honest with the Court about it.

This correction does not change the result. The question is not who caused the delay. The question is whether I am likely to be removed soon. Today, the answer is no, because Spain has not agreed to take me.

***7. The law: trying is not enough***

Under *Zadvydas v. Davis*, 533 U.S. 678, 701 (2001), and *Akinwale v. Ashcroft*, 287 F.3d 1050, 1052 (11th Cir. 2002), once a person has been held more than six months after a removal order and shows good reason to believe removal is not likely in the reasonably foreseeable future, the government must respond with evidence to rebut that showing.

The government's evidence shows only that ICE is **trying**: emails, a meeting, and maybe asking the State Department for help later. But the law asks whether removal is likely soon, not whether the government is trying. Spain is reviewing whether I am even a Spanish citizen, has said it prefers I go to Cuba, and has given no date. That is not a significant likelihood of removal.

The Supreme Court also said that the longer a person is held, the shorter the "reasonably foreseeable future" becomes. *Zadvydas*, 533 U.S. at 701. I have been held almost ten months, after more than ten years in which Cuba never took me back.

***8. The case the government relies on is different***

The government relies on *Jarrett v. U.S. Att'y Gen.*, No. 23-20790-CIV, 2024 WL 4165273 (S.D. Fla. Feb. 7, 2024). As the government describes it, the consulate in that case had **not** said it would deny the travel document, and the delay was a routine review of medical records. [Docket 7 at 8]. My case is the opposite. Spain **has** said it will not issue a document for now, and its review is about *whether I am a Spanish citizen at all.*

***9. I have cooperated***

The government does not say I failed to cooperate. I told ICE I am a Spanish citizen, gave ICE my Spanish birth certificate, asked to be sent to Spain, and let ICE take my photograph for the travel document. [Docket 7 at 3]. Since December 2025, my brother has written to the Spanish Consulates many times, sent my passport photographs, and offered to pay for my plane ticket. (Exhibits 1–5).

***10. Why I should be released under supervision***

- I am 69 years old. I am a stroke survivor, and one side of my body is weak. I also have diabetes and high blood pressure. I need medical care and physical therapy.
- I followed my order of supervision and reported to ICE as required for more than 10 years, from 2015 to 2025. [Docket 7 at 2]. I am not a flight risk.
- I can live with my family in Florida.
- Release does not stop my removal. If Spain issues a travel document, ICE can take me back into custody to remove me. *See* 8 C.F.R. § 241.13(i)(2). I will report as ordered and go to Spain, and my family will pay for the ticket.

**LIST OF EXHIBITS**

All exhibits are emails between my brother, Luis Alberto García Bolaños, and Spanish consular officials.

- **Exhibit 1:** Miami Consulate, October 8, 2026 — no record of an ICE meeting; travel document will not be processed until the review is approved.
- **Exhibit 2:** Miami Consulate, October 1, 2026 — request "currently being reviewed."
- **Exhibit 3:** Miami Consulate, April 10, 2026 — "awaiting the flight itinerary."
- **Exhibit 4:** Houston Consulate, January 13, February 3, and February 20, 2026, with English translations.
- **Exhibit 5:** Miami Consulate, December 22, 2025 — Spanish birth certificate sent to U.S. authorities as proof of nationality.

## INDEX OF EXHIBITS

All exhibits are emails between Petitioner's brother, Luis Alberto García Bolaños, and officials of the Consulates General of Spain in Miami and Houston.

| Exhibit | Description |
|---|---|
| 1 | **Email from the Consulate General of Spain in Miami, October 8, 2026.** The Consulate states it has no record of any communication from ICE Miami about a meeting with the Consulate, that Petitioner's case is under review, and that the safe-conduct request will not be processed until the review is approved. |
| 2 | **Email from the Consulate General of Spain in Miami, October 1, 2026.** The Consulate states the application for a safe-conduct to travel to Spain is "currently being reviewed." |
| 3 | **Email from the Consulate General of Spain in Miami, April 10, 2026.** The Consulate states it is "awaiting the flight itinerary from the US authorities." |
| 4 | **Emails from the Consulate General of Spain in Houston, January 13, February 3, and February 20, 2026.** The Consulate states it informed ICE that Petitioner is a Spanish citizen, offered to issue a safe-conduct, and was waiting for ICE to send the itinerary and other documents. |
| 5 | **Email from the Consulate General of Spain in Miami, December 22, 2025.** The Consulate states it sent an inquiry to U.S. authorities about Petitioner's detention and sent a copy of his Spanish birth certificate as proof of his Spanish nationality. |

United States District Court
Southern District of Florida

Case Number: 26-26279-CV-CMA

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to supplemental "file" in the division where the Documents/Exhibits were submitted and filed.

Division Document/Exhibits Submitted and Filed: ________________

These Documents/Exhibits must not be placed in the "temp chron file".

**Documents/Exhibits Retained in Supplemental Files (Scanned)**

X • Poor quality scanned images (i.e. Handwritten, Photographs)

___ • Surety bonds

___ • Bound extradition papers

**Documents/Exhibits Retained in Supplemental Files (Not Scanned)**

___ • CD, DVD, USB drive. (i.e. Audio/Visual)

** All other documents and documentary exhibits are part of the CM/ECF Case Record in pdf format.

Date: 10/14/26

Case No. 1:26-cv-26279-CMA

# PETITIONER'S

# EXHIBIT 1

**Email from the Consulate General of Spain in Miami, October 8, 2026**

*Note: This printout shows Gmail's automatic English translation of a message written in Spanish. See Declaration of Luis Alberto García Bolaños.*

RV: URGENTE/Solicitud de revisión de salvoconducto – Ernesto García Bolaños / Certificado de Nacimiento Español 3MX2OQ5EI00060936417X (RV: URGENT/Request for review of safe-conduct pass – Ernesto García Bolaños / Spanish Birth Certificate 3MX2OQ5EI00060936417X)

**. Con. Miami**

Translated: Spanish → English

Dear Mr. Luis Alberto:

We inform you that, barring any errors or omissions, as of today we have no record of any communication from ICE Miami authorities regarding a meeting with officials from this Consulate General. As we have previously informed you, Mr. Ernesto Garcia Bolaños's case is under review, therefore the request for the issuance of the safe-conduct pass will not be processed until it is approved

We await your communication and the sending of the resolution of the Habeas Corpus process to incorporate it into the review of Mr. Garcia Bolaños's file.

Warm regards,

We reiterate the need to follow social media to stay informed.

@ConEspMiami

@Consulado_espana_miami

Consulate General of Spain in Miami

Consulate General of Spain in Miami

CONSULATE GENERAL OF SPAIN IN MIAMI

cog.miami@maec.es

Customer satisfaction survey. Give your feedback on our service

https://sede.maec.gob.es/form/index/idp/64/ida/0

**From:** . Con. Miami < COG.Miami@maec.es >

**Sent on:** Thursday, October 8, 2026 8:33

**From:** Luis Garcia < >

**Sent on:** Wednesday, October 7, 2026 2:18 PM

**To:** . Con. Miami < COG.Miami@maec.es >

**Subject:** URGENT/Request for review of safe-conduct pass – Ernesto Garcia Bolaños / Spanish Birth Certificate 3MX2OQ5EI00060936417X

Good afternoon.

To the staff of the Consulate General of Spain in Miami. I am writing to you following up on the case of Ernesto Garcia Bolaños

As requested in the previous email, I will keep you informed of any changes or decisions by the Court regarding the Habeas Corpus petition in question. No decision has been made or published yet. In fact, I learned that yesterday, Tuesday, October 6th, there was a meeting between ICE-ERO officers and officials from the Spanish Consulate General in Miami to discuss the matter of Ernesto's travel permit.

But I have received information that ICE had already provided him with the package containing the documents, including the flight itinerary for July 29th, and the Consulate responded that they needed to review the documents and then requested that Ernesto be deported to a third country, since the country (Cuba) where he was born, due to its dictatorial and authoritarian government, does not accept its own citizens back, even without any criminal record

I feel somewhat concerned knowing that our Mother Country, which has recognized our birthright and heritage, has yet to resolve this situation, which at this moment is also a matter of human rights. Therefore, I would be pleased to know that the nation that once saw our grandparents leave, and now their grandchildren emigrate will once again extend a hand and allow us to return home, where this fundamental right is respected.

Today I want to pray that this matter finds a solution. And please, if you can share the outcome with me, I would be grateful.

Warm greetings

Luis Alberto Garcia Bolaños

Case No. 1:26-cv-26279-CMA

# PETITIONER'S

# EXHIBIT 2

***Email from the Consulate General of Spain in Miami, October 1, 2026***

**Solicitud de revisión de salvoconducto – Ernesto García Bolaños / Certificado de Nacimiento Español 3MX2OQ5EI00060936417X**

**Garcia Rodriguez, Isabel Cristina** <isabel.garcia@maec.es> Thu, Oct 1, 2026 at 4:28 PM
To: Luis Garcia <etdonio@gmail.com>
Cc: . Con. Miami <COG.Miami@maec.es>

Dear Mr. Garcia;

In response to your message, I inform you that the application for the issuance of a safe-conduct pass to travel to Spain for your brother, Mr. Ernesto Garcia Bolaños, is currently being reviewed.

As you mention in your message that tomorrow, October 2, 2026, the Judge in charge of the legal case must make a decision on the Habeas Corpus application process of Mr. Garcia Bolaños, we would appreciate it if you would keep this Consulate informed of the results of the Judge's decision.

Sincerely,

**Department of Assistance to Detainees**

**Consulate General of Spain in Miami**

Phone. (305) 446 5511

Email:cog.miami.rmc@maec.es

GOBIERNO DE ESPAÑA MINISTERIO DE ASUNTOS EXTERIORES, UNIÓN EUROPEA Y COOPERACIÓN

www.exteriores.gob.es

Case No. 1:26-cv-26279-CMA

# PETITIONER'S

# EXHIBIT 3

**Email from the Consulate General of Spain in Miami, April 10, 2026**

*Note: This printout shows Gmail's automatic English translation of a message written in Spanish. See Declaration of Luis Alberto García Bolaños.*

Solicitud de revisión de salvoconducto – Ernesto García Bolaños / Certificado de Nacimiento Español 3MX2OQ5EI00060936417X (Application for review of safe-conduct pass – Ernesto García Bolaños / Spanish Birth Certificate 3MX2OQ5EI00060936417X) Inbox

**Puppies and Groomong**

[illegible]

**Garcia Rodriguez. Isabel Cristina** [illegible]

Translated: Spanish → English

Translate can make mistakes, so verify translations

Dear Mr. Garcia

In response to your message, we inform you that we are awaiting the flight itinerary from the US authorities.

As mentioned in my message dated 20-03-2026, I remind you that we cannot provide you with the flight details on which your brother will be transferred due to security protocols established by the US authorities and the Personal Data Protection Act.

Sincerely,

Isabel Garcia

Consulate General of Spain in Miami

2655 Le Jeune Road, Suite 203

Coral Gables, FL 33134

Phone: (305) 446-5511

Email: [illegible]

GOBIERNO DE ESPAÑA MINISTERIO DE ASUNTOS EXTERIORES, UNIÓN EUROPEA Y COOPERACIÓN

www.exteriores.gob.es

Case No. 1:26-cv-26279-CMA

# PETITIONER'S

# EXHIBIT 4

**Emails from the Consulate General of Spain in Houston, January 13, February 3, and February 20, 2026**

*The January 13 email shows Gmail's automatic English translation. The February 3 and February 20 emails are Spanish originals, each followed by an English translation.*

## RV: Asunto: URGENTE – Ciudadano Español detenido por ICE, Certificado de Nacimiento Español 3MX2OQ5EI00060936417X & A-Number 074029768 – Incorrect Country of Removal (RV: Subject: URGENT – Spanish Citizen detained by ICE, Spanish Birth Certificate 3MX2OQ5EI00060936417X & A-Number 074029768 – Incorrect Country of Removal)

**Sancho Martinez,Teresa**

Translated: Spanish → English

Translate can make mistakes, so verify translations.

Good afternoon Mr. Garcia

Yesterday we learned of his brother's arrest, and we wrote to ICE yesterday to inquire about his case and request a call with him. Since he is being held as a Cuban citizen, the process may take a little longer, but the important thing is that we have already informed them that he is a Spanish citizen and have offered to issue a safe conduct pass if needed.

We will keep you informed of any new developments.

Thank you.

**Teresa Sancho**

**Official**

Consulate General of Spain in Houston

☎ +1

cog.houston@maec.es

twitter.com/CGEspHouston

Consulate General Houston (exteriores.gob.es)

GOBIERNO DE ESPAÑA MINISTERIO DE ASUNTOS EXTERIORES, UNIÓN EUROPEA Y COOPERACIÓN

www.exteriores.gob.es

**From:** Con. Houston < >

**Sent on:** Tuesday, January 13, 2026 13:16

**To:** Sancho Martinez, Teresa < teresa >

**Subject:** RV: Subject: URGENT – Spanish Citizen detained by ICE, Spanish Birth Certificate 3MX2OQ5EI00060936417X & A-Number 074029768 – Incorrect Country of Removal

Consulate General of Spain in Houston

☎ +1

GOBIERNO DE ESPAÑA

MINISTERIO DE ASUNTOS EXTERIORES, UNIÓN EUROPEA Y COOPERACIÓN

www.exteriores.gob.es

[illegible]

[illegible]

**From:** Luis Garcia <[illegible]>

**Sent on:** Tuesday, January 13, 2026 11:44

**To:** Con. Houston <[illegible]>

**Subject:** URGENT – Spanish Citizen detained by ICE, Spanish Birth Certificate 3MX2OQ5EI00060936417X & A Number 074029768 – Incorrect Country of Removal

Dear Sirs of the Consulate General of Spain in Houston

I am respectfully writing to you as a follow-up to an email recently sent to this address in which I reported on the situation of my brother, a Spanish citizen currently detained by ICE in Texas at risk of deportation to Mexico

Since the message received indicates that this email is of a general nature I clarify that it is not a routine inquiry or information available on the website, but a request for urgent consular protection, in accordance with the functions of the Consulate regarding Spanish nationals in custody

Citizen's details

Full name Ernesto Garcia Bolaños

Nationality Spanish (acquired in June 2025 by the Democratic Memory Law)

Date of birth 1957 (according to the literal Spanish birth certificate)

Spanish literal birth certificate no 3MX2OO5EI00060936417X

Place of detention ICE ERO El Paso – Camp East Montana, Texas

A-Number 074029768

My brother currently does not have a Spanish passport and has been unable to register with the Spanish Consulate solely due to his detention by ICE The case was initially opened at the Spanish Consulate in Miami when he was in Florida, and it was later determined that this Consulate now has jurisdiction

Since the citizen is in ICE custody it has not been possible to obtain photographs signature or personal appearance at this time, and he remains at the disposal of that Consulate to follow the instructions deemed appropriate in order to complete his documentation

I hereby formally request

The Consulate's intervention with ICE authorities, in order to ensure that he is not deported to a country that does not correspond to him being a Spanish citizen

Precise instructions for the citizen's documentation (Spanish passport or where applicable, safe-conduct), taking into account their detention status

The opening or continuation of the consular file, including through official registration in accordance with the procedures applicable in cases of custody

I await instructions and am available to provide any required documentation once indicated by the competent official

I thank you in advance for your attention to this urgent and sensitive situation

Sincerely

Luis Garcia

Brother of the Spanish citizen

Phone [illegible]

Email address [illegible]

**RE: Asunto: URGENTE – Ciudadano Español detenido por ICE, Certificado de Nacimiento Español 3MX2OQ5EI00060936417X & A-Number 074029768 – Incorrect Country of Removal**

**Sancho Martinez,Teresa** <teresa.sancho@maec.es> Tue, Feb 3, 2026 at 1:52 PM
To: Luis Garcia <etdonio@gmail.com>
Cc: . Con. Houston <cog.houston@maec.es>

Hola,

El 26.01.26 escribimos a ICE preguntando por la situación de su hermano, sin tener todavía una respuesta. Hemos vuelto a contactar, a ver qué nos dicen y le informaremos.

Respecto a su pasaporte español, yo pensaba que lo tienen en ICE pero si no lo tienen, no es un problema ya que nosotros podemos expedir un salvoconducto. Cuando ICE me contacte, les pediré todo lo necesario.

Estamos en contacto.

Gracias,

**Teresa Sancho**

**Oficial**
Consulado General de España en Houston

t: +1 (713) 783 6200

GOBIERNO DE ESPAÑA MINISTERIO DE ASUNTOS EXTERIORES, UNIÓN EUROPEA Y COOPERACIÓN

www.exteriores.gob.es

**De:** Luis Garcia < >
**Enviado el:** martes, 3 de febrero de 2026 11:56
**Para:** Sancho Martinez,Teresa < >
**Asunto:** RV: Asunto: URGENTE – Ciudadano Español detenido por ICE, Certificado de Nacimiento Español 3MX20Q5EI00060936417X & A-Number 074029768 – Incorrect Country of Removal

Saludos sra. Teresa.

Soy el Hermano de Ernesto García Bolaños, Detenido en ICE-ERO El Paso Texas, A# 074029768.

Ante todo muchas gracias por su pronta gestion ante ICE en este Caso.

Le escribo porque despues de la Visita de su Asistente al Centro de ERO El Paso y comunicación con mi hermano no he sabido más de Él.

Mi Hermano me dijo que esta semana viajaría a Madrid y que por consiguiente el Centro suspendió su suministro médico. El es Diabetico e Hipertenso y sobreviviente de un Accidente Cerebro Vascular, y esto me Concierne. Solo oido a Dios que esté e manos de las Autiridades Españolas de Madrid.

Nota: si fuera de interés

En Madrid tenemos un relativo que le puede ayudar en algunas gestiones, la Sra Jasmine con teléfono +34 613 57 43 70

Mi número es 1(305)742-9215

Esperando respuesta

Cordialmente

Luis Alberto Garcia Bolaños

**ENGLISH TRANSLATION — Exhibit 4, Email of February 3, 2026 (Consulate General of Spain in Houston)**

From: Sancho Martinez, Teresa <teresa.sancho@maec.es> Date: Tue, Feb 3, 2026, 1:52 PM
To: Luis Garcia <etdonio@gmail.com> Cc: Con. Houston <cog.houston@maec.es>
Subject: RE: Subject: URGENT – Spanish Citizen detained by ICE, Spanish Birth Certificate 3MX2OQ5EI00060936417X & A-Number 074029768 – Incorrect Country of Removal

Hello,

On 01/26/26 we wrote to ICE asking about your brother's situation, and we still have not received a response. We have contacted them again to see what they tell us, and we will inform you.

Regarding his Spanish passport, I thought ICE had it, but if they do not, it is not a problem, since we can issue a safe-conduct. When ICE contacts me, I will ask them for everything necessary.

We remain in contact.

Thank you,
Teresa Sancho
Officer
Consulate General of Spain in Houston
1800 Bering Drive, Suite 750, Houston, TX 77057

[Standard confidentiality notice of the Spanish Ministry of Foreign Affairs, in Spanish and English, omitted.]

**Original message from: Luis Garcia <etdonio@gmail.com>, Tuesday, February 3, 2026, 11:56, to Teresa Sancho Martinez**

Greetings, Mrs. Teresa.

I am the brother of Ernesto García Bolaños, detained at ICE-ERO El Paso, Texas, A# 074029768.

First of all, thank you very much for your prompt efforts with ICE in this case.

I am writing because, after your Assistant's visit to the ERO El Paso Center and her communication with my brother, I have not heard anything more from him.

My brother told me that this week he would travel to Madrid and that, as a result, the Center suspended his medical supplies. He is diabetic and hypertensive and a stroke survivor, and this concerns me. I only ask God that he be in the hands of the Spanish authorities in Madrid.

Note: in case it is of interest, in Madrid we have a relative who can help him with some matters, Mrs. Jasmine, telephone +34 613 57 43 70.

My number is 1 (305) 742-9215.

Awaiting your reply.
Cordially,
Luis Alberto García Bolaños

## RV: Solicitud urgente de continuidad – Pasaporte Provisional / Salvoconducto – Ernesto García Bolaños

**Sancho Martinez,Teresa** <teresa.sancho@maec.es> Fri, Feb 20, 2026 at 4:01 PM
To: etdonio@gmail.com <etdonio@gmail.com>
Cc: . Con. Houston <cog.houston@maec.es>

Sr. Garcia,

Acabo de reiterar mi solicitud a los oficiales del centro de Richwood, LA. Efectivamente nosotros tenemos que preparar el salvoconducto para la deportación pero para ello, ICE tiene que mandarnos el itinerario y otros documentos. Lo he vuelto a pedir y cuando me informen, le avisaré sin falta.

Gracias y saludos,

**Teresa Sancho**

**Oficial**
Consulado General de España en Houston

+1 (713) 783 6200

GOBIERNO DE ESPAÑA MINISTERIO DE ASUNTOS EXTERIORES, UNIÓN EUROPEA Y COOPERACIÓN

www.exteriores.gob.es

**De:** . Con. Houston. Pasaportes < >
**Enviado el:** viernes, 20 de febrero de 2026 12:53
**Para:** Sancho Martinez,Teresa < >
**Asunto:** RV: Solicitud urgente de continuidad – Pasaporte Provisional / Salvoconducto – Ernesto García Bolaños

**De:** Luis Garcia < >
**Enviado el:** viernes, 20 de febrero de 2026 8:56
**Para:** . Con. Houston. Pasaportes < >
**Asunto:** Solicitud urgente de continuidad – Pasaporte Provisional / Salvoconducto – Ernesto García Bolaños

Estimados Señores del Consulado General de España en Houston:

Reciban un cordial saludo.

Por medio de la presente, solicito respetuosamente la reanudación y continuidad del trámite de Pasaporte Provisional o Salvoconducto de mi hermano, el ciudadano español Ernesto García Bolaños, A# A074029768, actualmente bajo custodia de ICE.

Según información proporcionada por mi hermano, el oficial encargado de su caso ha indicado que las autoridades se encuentran en disposición de proceder una vez que el documento consular correspondiente esté disponible. Entendemos que el proceso pudo haberse visto interrumpido debido a su traslado desde El Paso Detention Center hacia su actual lugar de detención.

Datos actuales de detención:

Richwood Correctional Center

Unit #7
Inmate ID: A074029768

Hace dos días envié a ese Consulado, por correo Priority y certificado, las fotografías originales en cartulina requeridas para la expedición del documento de viaje.

Agradecería muy amablemente confirmación de la recepción de dichas fotografías, así como información actualizada sobre el estado del trámite y los próximos pasos a seguir. Nuestra intención es colaborar plenamente para que el proceso pueda completarse sin mayores demoras.

Dada la condición de detención de mi hermano y la necesidad de coordinación con las autoridades migratorias, agradeceríamos que este caso pueda ser considerado con la mayor diligencia posible.

Quedo atento a su respuesta y a cualquier documentación adicional que debamos aportar.

Con el mayor respeto y consideración,

Luis Alberto García Bolaños
Teléfono: 305-742-9215
Email:

**ENGLISH TRANSLATION — Exhibit 4, Email of February 20, 2026 (Consulate General of Spain in Houston)**

From: Sancho Martinez, Teresa <teresa.sancho@maec.es> Date: Fri, Feb 20, 2026, 4:01 PM
To: etdonio@gmail.com Cc: Con. Houston <cog.houston@maec.es>
Subject: FW: Urgent request for continuation – Provisional Passport / Safe-Conduct – Ernesto García Bolaños

Mr. García,

I have just reiterated my request to the officers at the Richwood, LA center. Indeed, we must prepare the safe-conduct for the deportation, but for that, ICE has to send us the itinerary and other documents. I have requested it again and, when they inform me, I will let you know without fail.

Thank you and regards,
Teresa Sancho
Officer
Consulate General of Spain in Houston
1800 Bering Drive, Suite 750, Houston, TX 77057

[Standard confidentiality notice of the Spanish Ministry of Foreign Affairs, in Spanish and English, omitted.]

*Forwarded internally from: Con. Houston. Passports <cog.houston.pas@maec.es>, Friday, February 20, 2026, 12:53, to Teresa Sancho Martinez (no additional text).*

**Original message from: Luis Garcia <etdonio@gmail.com>, Friday, February 20, 2026, 8:56, to Con. Houston. Passports <cog.houston.pas@maec.es>**

Dear Sirs of the Consulate General of Spain in Houston:

Cordial greetings.

I hereby respectfully request the resumption and continuation of the Provisional Passport or Safe-Conduct process for my brother, the Spanish citizen Ernesto García Bolaños, A# A074029768, currently in ICE custody.

According to information provided by my brother, the officer in charge of his case has indicated that the authorities are prepared to proceed once the corresponding consular document is available. We understand that the process may have been interrupted due to his transfer from the El Paso Detention Center to his current place of detention.

Current detention information:
Richwood Correctional Center
180 Pine Bayou Circle
Monroe, LA 71202
United States
Unit #7
Inmate ID: A074029768

Two days ago I sent to that Consulate, by Priority and certified mail, the original photographs on card stock required for issuance of the travel document.

I would greatly appreciate confirmation of receipt of those photographs, as well as updated information on the status of the process and the next steps to follow. Our intention is to cooperate fully so that the process can be completed without further delay.

Given my brother's detention and the need for coordination with the immigration authorities, we would appreciate it if this case could be considered with the greatest possible diligence.

I remain attentive to your reply and to any additional documentation we should provide.

With the greatest respect and consideration,
Luis Alberto García Bolaños
Telephone: 305-742-9215
Email: etdonio@gmail.com

Case No. 1:26-cv-26279-CMA

# PETITIONER'S

# EXHIBIT 5

**Email from the Consulate General of Spain in Miami, December 22, 2025**

*Note: This printout shows Gmail's automatic English translation of a message written in Spanish. See Declaration of Luis Alberto García Bolaños.*

## RE: Ciudadano espanol detrenido - 3MX2OQ5EI00060936417X - Ernesto García Bolaños (RE: Spanish citizen detained - 3MX2OQ5EI00060936417X - Ernesto Garcia Bolaños) Inbox

**Garcia Rodriguez, Isabel Cristina** [illegible] [illegible]

Translated: Spanish → English
Translate can make mistakes, so verify translations

Good afternoon Mr. Garcia,

In response to your message, I inform you that we have sent an inquiry to the US authorities regarding the detention and possible deportation of your brother Ernesto Garcia Bolaños and have sent you a copy of his Spanish Birth Certificate as proof of his Spanish nationality.

Regarding consular assistance, let me clarify that it is limited, given that Mr. Garcia Bolaños is not imprisoned, but rather detained by U.S. immigration authorities, and the deportation procedure is different. In these cases, from the time of detention until deportation, a person can be held for up to 180 days, provided that the hearing before the Immigration Judge has concluded, as it is the judge who will invariably issue the final deportation order.

Your brother can contact the consulate through his Classification Officer, as the country's authorities are obligated to notify the Spanish Consular Office of such detentions, provided the detainee requests it. If he has any untreated health problems (detention centers have facilities for providing medical care to detainees if needed), or if he suffers mistreatment in prison, he can contact us by calling the consular emergency number, which is available on the consular website [illegible]

[illegible] Furthermore, if Mr. Ernesto has any questions related to his deportation process, the officers in direct contact with the detainees are best positioned to explain his case.

We will let you know as soon as we receive a response from the officers.

Sincerely,

Isabel Garcia

**Consulate General of Spain in Miami**

[illegible]
[illegible]
Phone [illegible]
Email [illegible]

GOBIERNO DE ESPAÑA MINISTERIO DE ASUNTOS EXTERIORES, UNIÓN EUROPEA Y COOPERACIÓN

[illegible]

**From:** . Con Miami < [illegible] >
**Sent on:** Monday, December 22, 2025 8 42
**From:** Luis Garcia < [illegible] >
**Sent on:** Sunday, December 21, 2025 6:16 PM
**To:** . Consular Registration Office, Miami < [illegible] >, . Consular Registration Office, Miami < [illegible] >; . Passport Office, Miami < [illegible] >
**Subject:** Spanish citizen detained - 3MX2OQ5EI00060936417X

Seat Number 1749151887076 Date of Registration in the Electronic Security Registry 05/06/2025 21 31 Personal Code of the Individual Registration of the Registered Individual 3MX2OQ5EI00060936417X

**Luis Garcia** < etdonio@gmail.com >

to me

Dear Sirs of the Consulate General of Spain in Miami:

I am writing to you respectfully to inform you and request urgent guidance regarding a Spanish citizen currently detained by the United States immigration authorities

Full name: Ernesto Garcia Bolaños
Date of birth: March 11, 1957
Nationality: Spanish
Detention center:
Krome North Service Processing Center
[illegible]
[illegible]

Mr. Ernesto Garcia Bolaños obtained Spanish citizenship, but he has not yet been able to register with the Consular Registry or obtain his Spanish passport. He is currently incarcerated and unable to appear in person at the consulate.

For this reason, we respectfully request:

1. Confirmation of whether the Consulate has been officially notified of your arrest
2. Consular assistance in accordance with the Vienna Convention on Consular Relations.
3. Guidance and, where possible, initiation of the registration process in the Consular Registration Register.
4. Information on the special procedure for issuing Spanish passports to detained citizens, or coordination with the detention center for identity verification and collection of necessary data.

We would appreciate any guidance regarding the required documentation and the steps to follow. We are available to provide certificates, identity documents, or any other necessary information

Thanking you in advance for your attention and help, I send you my warmest regards.

Sincerely,

Luis Alberto Garcia Bolaños
Brother of the Lord:
Ernesto Garcia Bolaños
Phone: [illegible]
Email:
[illegible]

**Relief Requested**

WHEREFORE, Petitioner respectfully requests that this Court grant this Petition for Writ of Habeas Corpus, order Petitioner's immediate release under appropriate supervision, and grant such other relief as the Court deems just and proper.

**Declaration Under Penalty of Perjury**

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of material fact may serve as the basis for prosecution for perjury.

Name: ERNESTO Garcia

Date: October 12, 2026

A-Number: 074 029 768

EG

*(Signature of Petitioner)*

PRESS FIRMLY TO SEAL

FSC MIX

PAPER POUCH

PRESS FIRMLY TO SEAL

POSTAGE

# PRIORITY MAIL EXPRESS®

FOR DOMESTIC A
PLACE MA

REC'D BY ______ D.C.
OCT 14 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

- Guaranteed delive
- Guaranteed delive
- USPS Tracking® se and many internat
- Pick up available.
- Domestic shipmen (restrictions apply)
- Signature included

USMS INSPECTED

Money Back Guarantee to ... ational destina ... and IMM at pe.u

Insurance does not cover ... claims exclusions see the ... http://pe.usps.com.

+Money Back Guarantee for

WHEN USED INTERNATIONALLY, A C

## FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

PS10001000006

EP13F October 2023
OD: 12 1/2 x 9 1/2

PAPER POUCH

UNITED STATES POSTAL SERVICE. **Retail**

**E**

US POSTAGE PAID
**$38.25**
Origin: 33030
10/13/26
1140500461-04

**PRIORITY MAIL EXPRESS®**

ERNESTO GARCIA
1916 SE 11TH ST
HOMESTEAD FL 33035-1937

0 Lb 6.50 Oz
RDC 07

SCHEDULED DELIVERY DAY: 10/14/26 06:00 PM

C071

SHIP TO:
CLERK OF COURT
US DISTRICT COURT SOUTHERN DISTRIC
400 NORTH MIAMI AVE
MIAMI FL 33128-1801

USPS TRACKING® #

9570 1163 0699 6266 4662 71

UNITED STATES POSTAL SERVICE.

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments.

UNITED STATES POSTAL SERVICE.

PRIORITY MAIL EXPRESS®

EMS

FROM: ERNESTO GARCIA
1916 SE 11 ST, Homestead,
FL 33035

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To: Clerk of Court
United States District Court, Southern
District of Florida
400 North Miami Avenue,
Miami, Florida 33128

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

PS10001000006

EP13F October 2023
OD: 12 1/2 x 9 1/2

GUARANTEED* ▪ TRACKED ▪ INSURED

For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 20 lbs.